IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MILTON HENDERSON-STUCKEY and**        **PLAINTIFFS**
**MORRIS CRANFORD, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.        No. 4:20-cv-4019-SOH

**ASSOCIATED MANAGEMENT, LTD.,**        **DEFENDANTS**
**and JAMES T. KINCANNON**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted in this lawsuit. The Parties are in the process of finalizing settlement documents and expect to file the necessary motion for approval of settlement with the Court within twenty-one (21) days from the filing of this Joint Notice of Settlement. The Parties respectfully request that all deadlines be stayed while they finalize their settlement.

Respectfully submitted,

**MILTON HENDERSON-STUCKEY and MORRIS CRANFORD, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Courtney Lowery
Ark. Bar No. 2019236
courtney@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **ASSOCIATED MANAGEMENT, LTD., and JAMES T. KINCANNON, DEFENDANTS**

GILL RAGON OWEN, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile: (501) 372-3359

*/s/ Dylan H. Potts*
Dylan H. Potts
Ark. Bar No. 2001258
potts@gill-law.com

*/s/ Danielle W. Owens*
Danielle W. Owens
Ark. Bar No. 2009192
dowens@gill-law.com